RECEIVED & FILED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

**JOSE M. ANDUCE-OCASIO**
Petitioner

vs.                                                        CASE NO. 99-CR-273-03

**UNITED STATES OF AMERICA**
Respondent

## MOTION FOR MODIFICATION OF SUPERVISED RELEASE IN EX-PARTE PURSUANT TO TITLE 18 U.S.C.A. 3583 (e)(1)

**COMES NOW**, Jose M. Anduce-Ocasio, the Petitioner, pro-se, respectfully to this Honorable Court, in ex-parte with this Motion for Modification of Supervised Release pursuant to Title 18 U.S.C.A. 3583 (e)(1).

### STATEMENT OF FACTS

On July 31, 2000, the petitioner was sentenced to seventy-two (72) months imprisonment and five (5) years of supervised release by the Honorable Judge Jose A. Fuste, for violation of Title 21 U.S.C.A. 841 (a)(1).

The relevant statute provides that the Court may, after considering the factors set forth in Section 3583 (a)(1), (a)(2)(c), (a)(4), (a)(5) and (a)(6), terminate a term of supervised release and discharge the defendant released at any time after the expiration of one (1) year of supervision, pursuant to the provisions of the Federal Rules of Criminal Procedure, relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and in the interest of justice.

The petitioner, Jose M. Anduce-Ocasio, has completed thirty-eight (38) months of supervision with no unfavorable reports.

Jose M. Anduce-Ocasio, Petitioner
Vs.
United States of America, Respondent
**PAGE 2**

The petitioner averts that since his release, he has maintained a stable home environment, currently living with his wife and one (1) child, and has been gainfully employed since his release as a dock worker and jewelry maker in San Juan, Puerto Rico. Since his release the petitioner has not had any other incidents with the law and has been in full compliance with the terms and conditions of his supervision, and has become an accepted, responsible and productive member of society.

Attached to petitioner's motion is a copy of a letter provided by the Probation Officer assigned to petitioner indicating that the petitioner has complied with his conditions of supervised release.

The exemplary representation of petitioner's rehabilitation at home, work, the community and responsibilities with his supervised release, the public interest is best served by terminating the term imposed for supervised release, which will allow the U.S. Probation Office to invest their resources on those who are in need of supervision.

Jose M. Anduce-Ocasio, Petitioner
vs.
United States of America, Respondent
**PAGE 3**


**WHEREFORE,** the petitioner prays that this Honorable Court terminate petitioner's term of Supervised Release pursuant to it's discretionary authority under Title 18 U.S.C.A. 3583 (e)(1).


Respectfully submitted,

*[signature: Jose M. Anduce Ocasio]*

Jose M. Anduce-Ocasio
Petitioner


| | |
|---|---|
| Office of the Clerk | U.S. Attorney's Office |
| United States District Court for the | U.S. District Court for the |
| District of Puerto Rico | District of Puerto Rico |
| Federal Office Building | Federal Office Building |
| 150 Carlos Chardon Avenue | 150 Carlos Chardon Avenue |
| San Juan, Puerto Rico 00918 | San Juan, Puerto Rico 00918 |

U.S. Probation Office
Federal Office Building
Room 400
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918