**UNITED STATES DISTRICT COURT**
*DISTRICT OF PUERTO RICO*
*U.S. PROBATION AND PRETRIAL OFFICE*

EUSTAQUIO BABILONIA

*Presentence and Post Conviction Supervision Divisions*

FEDERICO DEGETAU FEDERAL OFFICE BLDG.
150 CARLOS CHARDON AVE., SUITE 400
SAN JUAN, P.R. 00918-1741
TEL. (787) 766-5596
FAX (787) 766-5945

CHIEF U.S. PROBATION OFFICER

*Pretrial Services Division*

FEDERICO DEGETAU FEDERAL OFFICE BLDG.
150 CARLOS CHARDON AVE., SUITE 691
SAN JUAN, P.R. 00918-1724
TEL. (787) 772-3300
FAX (787) 766-5651

January 25, 2008

José M. Anduce-Ocasio
Calle Astros #29
Urb. Los Angeles
Carolina, P.R. 00979

Dear Mr. Anduce:

Pursuant to your request dated January 22, 2008, the following information is provided:

You were in federal custody since August 13, 1999. On November 2, 2004, you were released from federal custody and commenced your term of supervised release. You have complied with your conditions of supervision. Your term of supervision will expire on November 1, 2009.

If you have any questions please call the undersigned at (787) 294-1647.

Sincerely,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

Brenda Lee Nieves-Rodríguez
U.S. Probation Officer

BNR/

Approved by:

José A. Soto, Supervising
U.S. Probation Officer