IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

    vs.        Case No.: 99CR00273-003(JAF)

JOSE MARTIN ANDUCE-OCASIO
* * * * * * * * * * * * * * * * * * * * * **

MOTION IN RESPONSE TO COURT
ORDER ISSUED ON FEBRUARY 1, 2008

TO THE HONORABLE JOSE A. FUSTE
CHIEF U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

    **COMES NOW, BRENDA LEE NIEVES-RODRIGUEZ, U.S. PROBATION OFFICER** of this Honorable Court, and respectfully submits as follows:

    1.  That pursuant to Court Order dated February 1, 2008, a supervision status report and early termination stance is hereby presented.

    2.  That Mr. José Martín Anduce-Ocasio, was sentenced on July 31, 2000 by Your Honor, to 72 months of imprisonment and a five (5) year supervised release term to follow.

    3.  That the offender has satisfied all of the special conditions imposed by the Court and has complied satisfactorily with all other conditions of release.

    4.  That on November 2, 2004, the offender was released from Eglin Federal Prison Camp, and he commenced the supervision term.

    5.  That Mr. Anduce-Ocasio has not been involved in or suspected of any illegal or dubious behavior as confirmed by the community contacts that have been established throughout his term of supervision and record police checks submitted.

    6.  That Mr. Anduce-Ocasio has maintained himself gainfully employed throughout the term of supervision.

7. That Mr. Anduce-Ocasio's disposition towards his family and the community in general has been one of responsibility.

8. That on August 29, 2007, Mr. Anduce-Ocasio complied with DNA collection.

9. That the government, represented by Antonio Bazán, Esq., was contacted. He informed that pursuant to office policy, requests for early termination are objected as a means of deterrence.

**WHEREFORE,** after having considered all presented facts in this case, it is this officer's recommendation that the releasee's petition for early termination be granted given his favorable adjustment.

In San Juan, Puerto Rico, this 22nd day of February 2008.

Respectfully submitted,

s/Brenda Lee Nieves-Rodríguez
U.S. Probation Officer
150 Ave. Carlos Chardón , Room 400
San Juan, P.R. 00918-1741
(787) 294-1647
Fax: (787) 766-5945
Brenda_l_nieves@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

**I HEREBY** certify that on **February 22nd, 2008,** I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: U.S. Attorney Humberto García, Esq., and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants:

Fernando Carlo-Gorbea, Esq., Midtown Building, Suite 902, 421 Muñoz Rivera Avenue Hato Rey, PR 00918

**At San Juan, Puerto Rico, February 22nd , 2008.**